GRANT
Judge Bert Richardson
by N~H

PD-0641-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/17/2015 5:32:01 PM
Accepted 6/19/2015 1:41:47 PM
ABEL ACOSTA
CLERK

## NO. PD-0641-15

## TEXAS COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

---

### JIMMY EUGENE JOHNS, APPELLANT

vs.

### THE STATE OF TEXAS, APPELLEE.

---

| | |
|---|---|
| FILED IN<br>COURT OF CRIMINAL APPEALS<br><br>June 19, 2015<br><br>ABEL ACOSTA, CLERK | ON APPEAL FROM THE COURT OF<br>APPEALS FOR THE SECOND DISTRICT OF<br>TEXAS (FORT WORTH), CAUSE NO.<br>02-14-00233-CR, AND FROM THE<br>CRIMINAL DISTRICT COURT NO. 1 OF<br>TARRANT COUNTY, CAUSE NO. 1332690D |

---

### MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Cynthia Rowe D'Antonio, Esq. ("Applicant"), and moves for admission to appear PRO HAC VICE in the captioned proceeding as counsel for Appellant, Jimmy Eugene Johns. I respectfully certify as follows:

1. Applicant is an attorney and a member of the law firm of Green Johnson Mumina & D'Antonio, located at 400 N. Walker Ave., Suite 100, Oklahoma City, Oklahoma 73102, telephone number (405) 488-3800, telecopier number (405) 702-6898.

2. Applicant will sign all pleadings with the name Cynthia Rowe D'Antonio.

3. Applicant is a member of the above-named law firm and will provide legal representation in connection with the above-styled matter now pending before The Texas Court of Criminal Appeals, Austin, Texas.

4. Since April 2003, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of Oklahoma where Applicant regularly practices law. Applicant's Oklahoma bar license number is 19652.

5. Applicant has been admitted to practice before the following courts:

Supreme Court of the State of Oklahoma – Admitted
United States District Court for the Eastern District of Oklahoma – Admitted
United States District Court for the Western District of Oklahoma – Admitted
United States District Court for the Northern District of Oklahoma – Admitted
U.S. Court of Appeals-Tenth (10th) Circuit-Admitted
U.S. Court of Appeals-Federal Circuit-Admitted
Supreme Court of Chickasaw Nation-Admitted

6. Applicant is presently a member in good standing of the bars of the courts listed in the proceeding paragraph, and Applicant has not been prohibited from practicing in any of these courts.

7. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court. Further, Applicant has never been denied admission to the courts of any State or to any federal court during the preceding five (5) years.

8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Applicant has not participated or sought to participate in Texas Courts within the past two (2) years. Applicant has received a non-resident Acknowledgment Letter from the Board of Law Examiners of Texas as proof of payment of the fee. *See* Attached Exh. "A".

10. Local counsel of record associated with Applicant in this matter is Gerald J. Smith of the Law Offices of G.J. Smith, Sr., PLLC, Texas Bar No. 24039316, who has offices at P.O. Bio 200395, Arlington, Texas 76006, telephone number (817) 635-3100, telecopier number (817) 635-3104. Local counsel has filed a motion stating that Cynthia Rowe D'Antonio is a reputable attorney and recommends that she be granted permission to participate in the aforementioned proceeding before the Court. *See* Attached Exh. "B".

11. Applicant is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and will at all times abide by and comply with the same so long as such Texas proceeding is pending and said Applicant has not withdrawn as counsel therein.

12. Applicant respectfully requests to be admitted to practice in the Texas Court of Criminal Appeals, Austin, Texas for this cause.

SIGNED this 15th day of June, 2015.

Respectfully Submitted,

Cynthia Rowe D'Antonio, OBA #19652
*Green Johnson Mumina & D'Antonio*
400 N. Walker Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone:    (405) 488-3800
Facsimile:     (405) 702-6898
**EMAIL:** cynthia@gjmlawyers.com

-and-

Gerald J. Smith, Sr., Texas Bar No. 24039316
*Law Offices of G.J. Smith, Sr. PLLC*
P.O. Box 200395
Arlington, Texas 76006
(817) 635-3100
(817) 635-3104
**EMAIL:** attorney@gjsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for *Pro Hac Vice* has been served on this _16th_ day of June, 2015 via electronic means, to the following:

Charles M. Mallin
Tarrant County District Attorney's Office
401 West Belknap
Fort Worth, Texas 76196
Counsel of Record for State

Lisa McMinn
P.O. Box 13046
Austin, Texas 78711
State Prosecuting Attorney

Cynthia Rowe D'Antonio

# Board of Law Examiners
Appointed by the Supreme Court of Texas

## Non-Resident Acknowledgment Letter
June 08, 2015

CYNTHIA ROWE D'ANTONIO
C/O GREEN JOHNSON MUMINA & D'ANTONIO
400 N. WALKER AVE., #100
OKLAHOMA CITY OK 73102-

Application Received:  06/08/15

Cause/Texas Court of Record:  CAUSE NO. PD-0641-15; COURT OF CRIMINAL APPEALS OF TEXAS, AUSTIN,

FROM:  Bakari Jefferson, Licensure Analyst, 512-463-1622

This letter acknowledges receipt of your Application for Pro Hac Vice admission and serves as your Proof of Payment of Fee.

Filing the Application for Pro Hac Vice Admission and fee is the mandatory first step in your request for permission to participate in proceedings in a Texas Court. The next step is to file a sworn motion, in compliance with Rule XIX of the current *Rules Governing Admission to the Bar of Texas*, in the Texas Court in which you request to participate, which must be accompanied by this acknowledgment letter. The decision to grant or deny your application is ultimately made by the Texas Court in which you request to participate.



EXHIBIT
A

Mailing Address
Post Office Box 13486
Austin, Texas 78711-3486

Telephone: 512-463-1621   Facsimile: 512-463-5300   WebSite: www.ble.state.tx.us

Street Address
205 West 14th Street, 5th Floor
Austin, Texas 78701

## NO. PD-0641-15

## TEXAS COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

---

### JIMMY EUGENE JOHNS, APPELLANT

### vs.

### THE STATE OF TEXAS, APPELLEE.

---

### ON APPEAL FROM THE COURT OF APPEALS FOR THE SECOND DISTRICT OF TEXAS (FORT WORTH), CAUSE NO. 02-14-00233-CR, AND FROM THE CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY, CAUSE NO. 1332690D

---

## MOTION BY RESIDENT ATTORNEY GERALD J. SMITH, Sr. REQUESTING ADMISSION PRO HAC VICE FOR NON-RESIDENT ATTORNEY CYNTHIA ROWE D'ANTONIO

COMES NOW, Gerald J. Smith, Sr. of the Law Offices of G.J. Smith, Sr. PLLC, P.O. Box 200395, Arlington, Texas 76006, ("Resident Practicing Attorney"), and respectfully requests that Cynthia Rowe D'Antonio, ("Non-Resident Attorney") be admitted *pro hac vice* in the above-captioned matter. The undersigned represents to this honorable Court that Non-Resident Attorney is a reputable attorney and recommends that she be granted permission to participate in the above-captioned matter before the Court.



EXHIBIT
B

Respectfully submitted,

/s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr., Texas Bar No. 24039316
*Law Offices of G.J. Smith, Sr. PLLC*
P.O. Box 200395
Arlington, Texas 76006
(817) 635-3100
(817) 635-3104
EMAIL: attorney@gjsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on this ___ day of June, 2015, via electronic means, to the following:

Cynthia Rowe D'Antonio
*Green Johnson Mumina & D'Antonio*
400 N. Walker Ave., Suite 100
Oklahoma City, Oklahoma 73102
Non-Resident Attorney

Charles M. Mallin
Tarrant County District Attorney's Office
401 West Belknap
Fort Worth, Texas 76196
Counsel of Record for State

Lisa McMinn
P.O. Box 13046
Austin, Texas 78711
State Prosecuting Attorney

/s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr.

PD-0641-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/17/2015 5:29:01 PM
Accepted 6/19/2015 1:41:29 PM
ABEL ACOSTA
CLERK

NO. PD-0641-15

## TEXAS COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

---

### JIMMY EUGENE JOHNS, APPELLANT

vs.

### THE STATE OF TEXAS, APPELLEE.

---

ON APPEAL FROM THE COURT OF
APPEALS FOR THE SECOND DISTRICT OF
TEXAS (FORT WORTH), CAUSE NO. 02-14-
00233-CR, AND FROM THE CRIMINAL
DISTRICT COURT NO. 1 OF TARRANT
COUNTY, CAUSE NO. 1332690D

---

### MOTION BY RESIDENT ATTORNEY GERALD J. SMITH, Sr. REQUESTING ADMISSION PRO HAC VICE FOR NON-RESIDENT ATTORNEY CYNTHIA ROWE D'ANTONIO

COMES NOW, Gerald J. Smith, Sr. of the Law Offices of G.J. Smith, Sr. PLLC, P.O. Box 200395, Arlington, Texas 76006, ("Resident Practicing Attorney"), and respectfully requests that Cynthia Rowe D'Antonio, ("Non-Resident Attorney") be admitted *pro hac vice* in the above-captioned matter. The undersigned represents to this honorable Court that Non-Resident Attorney is a reputable attorney and recommends that she be granted permission to participate in the above-captioned matter before the Court.

FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,

/s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr., Texas Bar No. 24039316
*Law Offices of G.J. Smith, Sr. PLLC*
P.O. Box 200395
Arlington, Texas 76006
(817) 635-3100
(817) 635-3104
EMAIL: attorney@gjsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on this ⎵ day of June, 2015, via electronic means, to the following:

Cynthia Rowe D'Antonio
*Green Johnson Mumina & D'Antonio*
400 N. Walker Ave., Suite 100
Oklahoma City, Oklahoma 73102
Non-Resident Attorney

Charles M. Mallin
Tarrant County District Attorney's Office
401 West Belknap
Fort Worth, Texas 76196
Counsel of Record for State

Lisa McMinn
P.O. Box 13046
Austin, Texas 78711
State Prosecuting Attorney

/s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr.